IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                       Case No. 18-CR-928-MV

**ROBERT HAACK,**

        **Defendant.**

### ENTRY OF APPEARANCE

COMES NOW Benjamin C. Wilson, attorney at law, and hereby enters his appearance on behalf of the defendant in this cause of action.

                                      Respectfully Submitted,

                                      *electronically signed*
                                      Benjamin C. Wilson
                                      Attorney for Robert Haack
                                      1412 Lomas Blvd. NW
                                      Albuquerque, NM 87104
                                      (505) 765-5300

**I HEREBY CERTIFY** that on April 5, 2018, I filed the
foregoing electronically through the CM/ECF system,
which caused the following parties or counsel to be
served by electronic means, as more fully reflected
in The Notice of Electronic Filing:

Jennifer M. Rozzoni
Assistant United States Attorney
201 3rd Street NW, # 900
Albuquerque, NM 87103-0607

    *signed*
Benjamin C. Wilson