# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial/Arraignment/Detention-CONTINUED

| | | | |
|---|---|---|---|
| Case Number: | 18cr928 MV | UNITED STATES vs. Haack | |
| Hearing Date: | 4/11/2018 | Time In and Out: | 9:48-9:51 |
| Clerk: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Robert Haack | Defendant's Counsel: | Benjamin Wilson |
| AUSA | Samuel Hurtado | Pretrial/Probation: | S. Avila-Toledo |
| Interpreter: | N/A | | |

## PROCEEDINGS

- ☐ First Appearance by Defendant
- ☐ Defendant received a copy of charging document
- ☐ Defendant questioned re: time to consult with attorney regarding penalties
- ☐ Defendant waives reading of Indictment
- ☐ Defendant enters a Not Guilty plea
- ☐ Motions due by: May 1, 2018
- ☐ Discovery Order electronically entered ☐ Discovery Order previously entered
- ☐ Case assigned to: Judge Vazquez
- ☐ Trial will be scheduled by presiding judge ☐ Trial currently set

## Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☐ Conditions

## Other

☒ Court addresses defense counsel, defendant must be present at initial appearance and will need to be processed by the USMS; defense request continuance of hearing for 2-3 weeks; government objects; Initial Appearance/Arraignment/Detention Hearing reset to 4/20/2018 @ 9:30 am before Judge Fashing in the Rio Grande courtroom;