# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 18-928 MV | UNITED STATES vs. Haack | |
| Hearing Date: | 4/18/2019 | Time In and Out: | 10:09-10:10 / 1 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Robert Haack | Defendant's Counsel: | Ben Wilson |
| AUSA | Frederick Mendenhall, III | Pretrial/Probation: | n/a |
| Interpreter: | | | |

## PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☐ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Superseding Indictment
- ☒ Defendant enters a Not Guilty plea
- ☐ Motions due by:
- ☐ Discovery Order electronically entered    ☒ Discovery Order previously entered
- ☒ Case assigned to: Judge Vazquez
- ☐ Trial will be scheduled by presiding judge    ☒ Trial currently set

## Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release previously imposed remain in effect

## Other

- ☒ Defendant waived her appearance at arraignment