IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 18 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 18-928 MV

Robert Haack
    Defendant.

## WAIVER OF APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF PLEA

I understand that a Grand Jury returned an Indictment charging me with a criminal offense or offenses.

In connection with this Indictment, I am entitled to personally appear before the Court at every stage of criminal proceedings including arraignment.

I have received and read a copy of the Indictment or have had the Indictment read to me in my native language, and I understand the offense(s) with which I am charged.

I have been advised of the maximum penalties the Court may impose on me upon a conviction of the offense or offenses charged.

I have been advised of my right of silence; my right to competent legal representation at every critical stage of the proceedings; my right to a trial, including a trial before a jury; my right at such trial to confront my accusers, that is, to see, and to hear and to question witnesses and accusers who come to court to offer evidence against me; my

right to testify or not to testify as I so determine; my right to summon witnesses and have my witnesses attend court and testify on my behalf; and my right to appeal the conviction and sentence if I am convicted.

I have been advised of my right to be presumed innocent and to be free from conviction unless and until the United States is able to prove through competent, admissible evidence, and beyond a reasonable doubt that I committed each essential element of each crime charged.

After reading and understanding the Indictment, the penalties, and my rights, and pursuant to Fed. R. Crim. P. 10(b), I request that the Court permit me to waive my personal appearance in court for the arraignment, and I enter a plea of not guilty to the charge(s) contained in the Indictment.

_____
Defendant

_____
Defense Counsel

### Approval of Judge

Having considered the Defendant's application to waive his/her personal appearance and good cause appearing, I grant/~~deny the request~~ (circle one).

_____          _____
Date                     United States Magistrate Judge

-2-