**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 18-cr-00928 MV

vs.

ROBERT HAACK,

Defendant.

**DEFENDANT ROBERT HAACK'S NOTICE OF WITHDRAWAL OF GUILTY PLEAS**

Defendant Robert Haack, through undersigned counsel, and pursuant to Rule 11(c)(5)(B) of the Federal Rules of Criminal Procedure, hereby notifies the United States and the Court that he withdraws his pleas of guilty to Counts 2, 7, and 8 of the Superseding Indictment (Doc. 26), that he entered on October 19, 2021.

Respectfully submitted,

COBERLY LAW OFFICE

/s/ *Todd A. Coberly*
Todd A. Coberly
P.O. Box 24306
Santa Fe, NM 87502
(505) 306-4019
coberlylaw@gmail.com

ROTHSTEIN DONATELLI, LLP

/s/ *Marc M. Lowry*
Marc M. Lowry
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443
mlowry@rothsteinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2023, I filed the foregoing using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

/s/ *Todd A. Coberly*
Todd A. Coberly