UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    No.18-CR-00928 MV

ROBERT HAACK

    Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court on the United States Motion in Limine About Evidence of Jewelry-Making Materials. Doc. 121. Mr. Haack did not file a response. At the status conference on June 4, 2024, Mr. Haack advised that he conceded the Motion by an intentional failure to respond. Doc. 159. Having considered the briefs and relevant law, and being otherwise fully informed, the Court finds that the Motion is well-taken and will be granted.

### DISCUSSION

On May 20, 2024, the government moved to admit evidence of Mr. Haack procuring and owning jewelry-making materials pursuant to Rule 401. Doc. 121 at 3. In the Motion, the government states that it intends to introduce bank records and invoices from stores called A&A Jewelry Supply, Global Gem Suppliers, and Kameyab Imports, as well as bank records from visits to Tucson, Arizona during the annual gem and mineral show. The government also intends to introduce several pieces of evidence discovered in Mr. Haack's home, including raw jewelry-making materials, equipment, invoices, business cards, and a box labeled "Robert Work Stuff" that contained wax consistent with making jewelry molds. Mr. Haack did not respond to the government's Motion. At the status conference on June 4, 2024, Mr. Haack advised that the lack of response was intentional, and he conceded the motion. Doc. 159. Accordingly, the Court finds

1

the Motion is unopposed and further finds that the evidence the government seeks to admit is relevant and admissible under Rule 401, as it tends to show that Mr. Haack had the knowledge and ability to commit the instant offense.

**IT IS THEREFORE ORDERED** that the United States Motion in Limine About Evidence of Jewelry-Making Materials [Doc. 121] is GRANTED.

ENTERED this 16th day of September 2024.

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE