UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   No.18-CR-00928 MV

ROBERT HAACK

    Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court on Defendant's Motion in Limine To Exclude William Faust As A Witness. Doc. 124. The government filed a response on May 28, 2024. Doc. 133. Mr. Haack replied to the response on May 31, 2024. Doc. 154. The government has since advised the Court that they are no longer planning to call Mr. Faust as a witness in this case. Accordingly, the Court finds that the Motion is moot.

**IT IS THEREFORE ORDERED** that the Defendant's Motion in Limine To Exclude William Faust As A Witness [Doc. 124] is MOOT.

ENTERED this 16th day of September 2024.

_____
MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE

1