UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          No. 18-CR-928 MV

ROBERT HAACK,

    Defendant.

## VERDICT

WE, THE JURY, find the defendant, **ROBERT HAACK** _Guilty_
                                                                          (***Not Guilty or Guilty***)
of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count 1 of the Superseding Indictment.

WE, THE JURY, find the defendant, **ROBERT HAACK** _Guilty_
                                                                          (***Not Guilty or Guilty***)
of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count 2 of the Superseding Indictment.

WE, THE JURY, find the defendant, **ROBERT HAACK** _Guilty_
                                                                          (***Not Guilty or Guilty***)
of Mail Fraud, in violation of 18 U.S.C. § 1341, as charged in Count 3 of the Superseding Indictment.

WE, THE JURY, find the defendant, **ROBERT HAACK** _Guilty_
                                                                          (***Not Guilty or Guilty***)
of Mail Fraud, in violation of 18 U.S.C. § 1341, as charged in Count 4 of the Superseding Indictment.

WE, THE JURY, find the defendant, **ROBERT HAACK** _Guilty_
(*Not Guilty or Guilty*)
of violating the Indian Arts and Crafts Act, in violation of 18 U.S.C. § 1159, as charged in Count 7 of the Superseding Indictment.

WE, THE JURY, find the defendant, **ROBERT HAACK** _Guilty_
(*Not Guilty or Guilty*)
of violating the Indian Arts and Crafts Act, in violation of 18 U.S.C. § 1159, as charged in Count 8 of the Superseding Indictment.

DATED JANUARY 24, 2025.